UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.  CASE NO: 2:04-cr-79-FtM-33DNF

MICKEY STEVEN COLANGELO

### **ORDER**[1]

This matter comes before the Court on the United States Probation Office's Petition for Action on Conditions of Release, which alleges that Defendant Mickey Steven Colangelo has violated the conditions of his supervised release. (Doc. 74). The Undersigned held a hearing on the Petition on April 5, 2018, at which Colangelo was present and represented by counsel. (Doc. 84).

At the hearing, Colangelo admitted to the Petition's allegations, and the Court found him guilty. Defense counsel requested the Court continue his client's sentencing for sixty (60) days as Colangelo is set to enter a 28-day drug treatment program at SalusCare on April 9, 2018. Defense counsel also requested the Court release Colangelo so he can travel to Jacksonville, Florida to be with family before he enters the program. The Government did not object to releasing Colangelo for drug treatment or to travel to the Jacksonville area, but recommended a third-party custodian.

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or websites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites. Likewise, the Court has no agreements with any of these third parties or their websites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

After considering the parties' arguments, the record, and applicable law, the Court will direct Colangelo's release under the conditions listed below.

Accordingly, it is

**ORDERED:**

1) Colangelo is to be **RELEASED** from incarceration on **April 5, 2018**, and placed in the custody of third-party custodian, Melissa Wooten. Upon the Court's inquiry, Ms. Wooten agrees to these obligations:

    a. supervise Colangelo;

    b. use every effort to ensure Colangelo's appearance at all court proceedings; and

    c. notify the Court **immediately** if Colangelo violates a condition of release or is no longer in her custody.

2) Colangelo must appear at the United States Probation Office in Fort Myers, Florida on **April 6, 2018**, between 8:30 a.m. and 4:30 p.m. for a mandatory drug test.

3) Only after Colangelo appears at the United States Probation Office for the drug test and Officer Rob Gillespie clears him, may Coloangelo travel to Jacksonville, Florida. Colangelo is not to remain in the Fort Myers area and **must** notify the United States Probation Officer if travel plans change.

4) Colangelo is **DIRECTED** to appear at SalusCare on **April 9, 2018**, no later than 9:00 AM. If he fails to appear or appears after 9:00 AM, Colangelo will be considered as having absconded and an arrest warrant will be issued.

5) The Clerk is **DIRECTED** to schedule Colagelo's sentencing for **June 4, 2018**, at 10:00 AM.

**DONE AND ORDERED** in Fort Myers, Florida, on this 5th day of April 2018.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: Counsel of Record